IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION AT COVINGTON

CIVIL ACTION NO. 2:22-cv-086 (WOB-CJS)

KAREN ROUNDTREE                                             PLAINTIFF

VS.                          <u>JUDGMENT</u>

AVI FOODSYSTEMS,
INC., ET AL.                                                DEFENDANTS

Pursuant to the Memorandum Opinion and Order entered in this matter, (Doc. 30),

It is hereby **ORDERED** and **ADJUDGED** that judgment is **ENTERED IN DEFENDANTS' FAVOR.**

This action is **DISMISSED WITH PREJUDICE** and **STRICKEN** from the Court's docket.

This 15th day of August 2023.



Signed By:
<u>William O. Bertelsman</u> WOB
United States District Judge