# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# NORTHERN DIVISION AT COVINGTON

| | |
|---|---|
| KAREN ROUNDTREE, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 2:22-cv-00086-WOB-CJS |
| AVI FOODSYSTEMS, INC. and CARMEN PULLENS, | ) |
| Defendants. | ) |

## NOTICE OF APPEAL

\* \* \* \* \* \*

Notice is hereby given that Plaintiff Karen Roundtree hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Judgment (Doc #: 31) and Memorandum Opinion and Order (Doc #: 30) entered in this action by this Court on August 15, 2023. Plaintiff also appeals any future award of costs.

The name of the Appellant is Karen Roundtree. The names of the Appellees are AVI Foodsystems, Inc. and Carmen Pullens.

Respectfully submitted,

 */s/ Abigail V. Lewis*
GARRY R. ADAMS
ABIGAIL V. LEWIS
ADAMS LANDENWICH LAY, PLLC
517 West Ormsby Avenue
Louisville, KY  40203
garry@justiceky.com
abigail@justiceky.com
(502) 561-0085
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2023, the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all registered participants.

                                            */s/ Abigail V. Lewis*
                                            GARRY R. ADAMS
                                            ABIGAIL V. LEWIS

Case: 2:22-cv-00086-DLB-CJS   Doc #: 34   Filed: 08/31/23   Page: 2 of 2 - Page ID#: 524