Case No. 23-5786

**UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT**

**ORDER**

KAREN ROUNDTREE

    Plaintiff - Appellant

v.

AVI FOODSYSTEMS, INC.; CARMEN PULLENS

    Defendants - Appellees

In accordance with Rule 33, Rules of the Sixth Circuit, and upon consideration of the parties' stipulation to dismiss,

It is **ORDERED** that the case is dismissed pursuant to 42(b), Federal Rules of Appellate Procedure.

**ENTERED PURSUANT TO RULE 33,
RULES OF THE SIXTH CIRCUIT**
Kelly L. Stephens, Clerk

Issued: October 31, 2024